FILED

05/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0278

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0278

ALEXANDER TORPPE,

Petitioner,

v.

MONTANA ELEVENTH JUDICIAL
DISTRICT COURT, HON. HEIDI J.
ULBRICHT, Presiding Judge,

Respondent.

FILED

MAY 2 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Alexander Kim Torppe seeks a writ of supervisory control directing the Eleventh Judicial District Court, Flathead County, to stay that court's order authorizing a psychological exam of Torppe in its Cause No. DC-17-645(C). Torppe maintains that the court erred in permitting this examination.

Supervisory control is an extraordinary remedy that is sometimes justified when urgency or emergency factors exist making the normal appeal process inadequate, when the case involves purely legal questions, and when the other court is proceeding under a mistake of law and is causing a gross injustice, constitutional issues of state-wide importance are involved, or, in a criminal case, the other court has granted or denied a motion to substitute a judge. M. R. App. P. 14(3). Whether supervisory control is appropriate is a case-by-case decision. *Stokes v. Mont. Thirteenth Jud. Dist. Ct.*, 2011 MT 182, ¶ 5, 361 Mont. 279, 259 P.3d 754 (citations omitted). Consistent with Rule 14(3), it is the Court's practice to refrain from exercising supervisory control when the petitioner has an adequate remedy of appeal. *E.g., Buckles v. Seventh Jud. Dist. Ct.*, No. OP 16-0517, 386 Mont. 393, 386 P.3d 545 (table) (Oct. 18, 2016); *Lichte v. Mont. Eighteenth Jud. Dist. Ct.*, No. OP 16-0482, 385 Mont. 540, 382 P.3d 868 (table) (Aug. 24, 2016).

Torppe alleges there is no adequate remedy on appeal but fails to explain *why* this issue cannot be adequately addressed on appeal. A conclusory statement that an appeal does not provide an adequate remedy does not provide a basis for a writ of supervisory control. Furthermore, while Torppe contends the District Court erred as a matter of law, he does not argue that such mistake is causing a gross injustice, nor does he argue constitutional issues of state-wide importance are involved or that the District Court granted or denied a motion to substitute a judge. He thus has not met the threshold requirements for consideration of a petition for writ of supervisory control under M. R. App. P. 14(3).

Therefore,

IT IS ORDERED that the petition for writ of supervisory control is DENIED and DISMISSED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eleventh Judicial District Court, Flathead County, Cause No. DC-17-645(C), and the Honorable Heidi J. Ulbricht, presiding.

DATED this 26th day of May, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2